Sean P. Connell (Nevada State Bar No. 7311)
**PALUMBO BERGSTROM LLP**
700 South Third Street
Las Vegas, NV 89101
Telephone:  (877) 882-1979
Facsimile: (877) 251-1331

Mark W. Peters (Tenn. BPR No. 018422)
Colleen M. Sweeney (Tenn. BPR No. 024739)
**WALLER LANSDEN DORTCH & DAVIS, LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
*Motions for Admission Pro Hac Vice granted*

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LETTEA COLQUHOUN, an individual, | ) |
| | ) |
| Plaintiff, | ) **Case No. 2:10-cv-00144-RLH-PAL** |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| BHC MONTEVISTA HOSPITAL, INC.; | ) |
| DIANA TODD; RHOME SIMON; DOES I-X, | ) (Joint Stipulation of Dismissal - #30) |
| inclusive; and ROES I-X, inclusive, | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Joint Stipulation of the Parties to Dismissal With Prejudice (#30) and the joint request of the parties contained therein for the Court to enter this Order, this action is hereby **DISMISSED** in its entirety **with prejudice**, each party to bear its own attorneys' fees and costs.

   **IT IS SO ORDERED.**

   **DATED this 2nd day of February, 2011.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

3968898.1                                            1

**PALUMBO BERGSTROM LLP**
700 South Third Street
Las Vegas, NV 89101
(877) 882-1979